RAYMOND J. FULLERTON, ESQ., SBN 219264
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California  95404
Telephone:  707/545-1660
Facsimile:   707/545-1876
rfullerton@gearylaw.com

Attorneys for Defendants
CITY OF UKIAH, CITY OF UKIAH POLICE DEPARTMENT and
TYPER JAMES SCHAPMIRE

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF UKIAH; CITY OF UKIAH POLICE DEPARTMENT; TYLER JAMES SCHAPMIRE, individually and in his capacity as an officer for the City of Ukiah,<br><br>    Defendants. | CASE NO.:  3:15-cv-2921 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES AND TRIAL DATE** |

This Stipulation is entered into by and among Plaintiff Daniel Sanchez and Defendants City of Ukiah, City of Ukiah Police Department, and Tyler James Schapmire, individually and in his capacity as an officer for the City of Ukiah ("Defendants"), by and through their respective counsel. Pursuant to Civil Local Rule 6-2, the Parties hereby submit their stipulated request to continue discovery cut-offs and other pending deadlines for four months, for the following reasons:

1.     Plaintiff Daniel Sanchez has been incarcerated until recently and has been unable to participate fully in the case, conduct meaningful discovery, or participate in mediation. Due to Mr. Sanchez's incarceration, he has not yet appeared for deposition.

2.     Defendants' previous attorney of record, Steven C. Mitchell, Shareholder in the firm of Geary, Shea, O'Donnell, Grattan & Mitchell, P.C., passed away suddenly approximately one

month ago.

3.     Defendants' current attorney of record, Raymond J. Fullerton, also a Shareholder in the firm of Geary, Shea, O'Donnell, Grattan & Mitchell, P.C., has been in the case for only a short time and has assumed responsibility for numerous additional files due to the passing of Mr. Mitchell.

3.     The Parties have conferred and agree that it is in the interests of justice to continue the discovery cut-offs in this case, to allow enlarged time for the adequate preparation of discovery responses, scheduling of depositions, and retention of experts.

4.     The non-expert discovery cut-off is currently set for April 18, 2016 and the expert discovery cut-off is June 17, 2016, with experts to be named by May 9, 2016.

5.     The Parties request a four-month extension for all discovery cut-offs, and request that the new cut-off dates be: August 18, 2016 for non-expert discovery; October 18, 2016 for expert discovery; and September 9, 2016 to name experts.

6.     Given the enlarged time for discovery, the Parties request that the Trial Date, currently set for a five day trial to begin on October 3, 2016, be continued to a time in January, as the Court's schedule permits, with the Pretrial Conference, currently set for September 20, 2016, to be continued accordingly.

7.     The Parties also request that other pending deadlines be continued to conform to the enlarged discovery schedule and continued trial date.  Specifically, the Parties request: that the dispositive motion filing deadline, currently set for July 1, 2016, be continued to October 28, 2016; that the status conference statement, current due by July 8, 2016, be due on November 4, 2016; that the next Status Conference, currently scheduled for July 15, 2016, be held November 11, 2016; and that the deadline to meet and confer, August 15, 2016, be continued to November 28, 2016.

8.     Finally, due to Plaintiff's incarceration, the Parties were unable to complete private mediation by the end of February, as agreed to at the previous Case Management Conference, and the Parties request the Court's permission to complete private mediation by the end of June.

Law Offices of
Geary,
Shea,
O'Donnell,
Grattan &
Mitchell
p.c.

- 2 -
Stipulation and [Proposed] Order to Continue Discovery Deadlines and Trial Date
Case No.: 15-cv-2921

**IT IS SO STIPULATED AND REQUESTED.**

DATED:  April 11, 2016                    GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


By  */s/ Raymond J. Fullerton*
      RAYMOND J. FULLERTON
      Attorneys for Defendants
      CITY OF UKIAH, CITY OF UKIAH POLICE DEPARTMENT and TYLER JAMES SCHAPMIRE

DATED:  April 11, 2016                    KRANKEMANN | PETERSEN LLP


By  */s/ Martin Reilly*
      MARTIN REILLY
      Attorneys for Plaintiff
      DANIEL SANCHEZ


### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Raymond J. Fullerton, attest that concurrence in the filing of this document has been obtained by the other signatory.

Dated:  April 11, 2016                    GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


By  */s/ Raymond J. Fullerton*
      RAYMOND J. FULLERTON
      Attorneys for Defendant
      CITY OF UKIAH, CITY OF UKIAH POLICE DEPARTMENT and TYLER JAMES SCHAPMIRE

**ORDER**

Pursuant to stipulation, as modified by the Court, the trial and discovery deadlines are ~~hereby modified as follows:~~ amended as set forth in the Amended Pretrial Preparation Order, filed concurrently herewith.

Non-expert discovery cut-off:

Expert discovery cut-off:

Expert designation:

Dispositive motion filing deadline:

Status Conference:

Pretrial Conference:

Trial:

**IT IS SO ORDERED**

DATED: April 12, 2016

_____
MAXINE M. CHESNEY
United States Senior District Judge

LAW OFFICES OF
Geary,
Shea,
O'Donnell,
Grattan &
Mitchell
p.c.