IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


DANIEL SANCHEZ,

        Plaintiff,

  v.

CITY OF UKIAH, et al.,

        Defendants
                                      /

NO. C-15-2921 MMC

**AMENDED PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE: Monday, January 30, 2017 at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be Five (5) days.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: August 18, 2016.

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant: No later than September 9, 2016.
    Plaintiff/Defendant: Rebuttal no later than September 23, 2016.

    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF: October 18, 2016.

-2-

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than  October 28, 2016 , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge    N/A    and scheduled to take place no later than 30 days prior to the Pretrial Conference.

PRETRIAL CONFERENCE DATE:  January 17, 2017   at **3:00 p.m.**

**COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.**  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5)):  Lead trial counsel shall meet and confer no later than   December 12, 2016  .

FURTHER STATUS CONFERENCE:  Friday,  November 4, 2016 , at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,  October 28, 2016  .

ADDITIONAL ORDERS:

Case previously referred to private mediation.  Deadline to complete private mediation is extended to June 30, 2016.

See Pretrial Instructions attached to Pretrial Preparation Order, filed September 28, 2015.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED: April 12, 2016

_____
MAXINE M. CHESNEY
United States District Judge