IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL SANCHEZ,

               Plaintiff,

     v.

CITY OF UKIAH, et al.,

               Defendants.

Case No.  15-cv-02921-MMC

**ORDER VACATING PENDING PRETRIAL AND TRIAL DATES AND DEADLINES**

In light of the Notice of Settlement filed by plaintiff on October 13, 2016, all pending pretrial and trial dates and deadlines are hereby VACATED.

In the event a dismissal has not been filed by November 18, 2016, the parties shall file, no later than that date, a joint status report to apprise the Court of the status of the settlement.

**IT IS SO ORDERED.**

Dated: October 13, 2016

MAXINE M. CHESNEY
United States District Judge